IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAVID GARFINKLE, | ) | CV 15-00162 DKW-RLP |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING |
| | ) | MAGISTRATE JUDGE'S |
| vs. | ) | FINDINGS AND |
| | ) | RECOMMENDATION |
| KYO-YA HOTELS & RESORTS, LP, dba SHERATON MAUI RESORT & SPA, SHERATON HAWAII HOTELS CORPORATION; STARWOOD HOTELS & RESORTS MANAGEMENT COMPANY, INC.; WESTIN MAUI LLC dba THE WESTIN MAUI; MAUI OPERATING LLC; BEACH ACTIVITIES OF MAUI, INC.; BAMSURF, INC., ASSOCIATION OF APARTMENT OWNERS OF MAUI OCEAN CLUB; and MAUI OCEAN CLUB VACATION OWNERS ASSOCIATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed and served on all parties on June 23, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

2

Recommendation to Grant Defendant Beach Activities of Maui, Inc.'s Petition for Good Faith Settlement" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: July 12, 2016 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*David Garfinkle v. Kyo-Ya Hotels & Resorts, et al.*; Civil No. 15-00162 DKW-RLP; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**